IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **ANTHONY J. OLIVER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No. 5:24-cv-182-CAR |
| | : | |
| Commissioner **TYRONE OLIVER,** | : | |
| Field Director **STAN SHEPARD,** and | : | |
| Deputy Field Director **BENJAMIN** | : | |
| **FORD,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

### ORDER ALLOWING REMOTE DEPOSITIONS

Before the Court is Defendants' Consent Motion to Conduct Remote Deposition. Having read and considered Defendants' Motion, to which Plaintiff has consented, the Court finds good cause exists for all parties to conduct any depositions via remote videoconference means pursuant to Federal Rule of Civil Procedure 30(b)(4). Thus, the Court **GRANTS** Defendants' Consent Motion [Doc. 32] and **ORDERS** that the parties may conduct depositions via remote video conference methods, including taking the deposition of Plaintiff or any other incarcerated witness via remote means at their place of incarceration.

**SO ORDERED,** this 25th day of April, 2025.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT