IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANTHONY J. OLIVER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   No. 5:24-cv-182-CAR |
| | : |
| Commissioner TYRONE OLIVER, | : |
| Field Director STAN SHEPARD, and | : |
| Deputy Field Director BENJAMIN FORD, | : |
| | : |
| Defendants. | : |
| | : |

## ORDER TO RESPOND

On June 10, 2025, Plaintiff Anthony J. Oliver, who is represented by counsel McNeill Stokes, filed a Motion to Proceed *Pro Se* [Doc. 38]. The Court **ORDERS** Plaintiff's counsel McNeill Stokes to file a response to the *pro se* Motion updating the Court on the status of his representation of Plaintiff by **Friday**, **July 18, 2025, at 5:00 p.m.**

**SO ORDERED,** this 14th day of July, 2025.

                                                 S/ C. Ashley Royal
                                               C. ASHLEY ROYAL, SENIOR JUDGE
                                               UNITED STATES DISTRICT COURT