IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ANTHONY J. OLIVER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:24-cv-182-CAR |
| | : | |
| Commissioner TYRONE OLIVER, | : | |
| Field Director STAN SHEPARD, and | : | |
| Deputy Field Director BENJAMIN FORD, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

### ORDER TO RESPOND

On October 27, 2025, *pro se* Plaintiff Anthony Oliver filed his Motion to Continue Discovery [Doc. 51], and on October 28, 2025, Plaintiff filed his Motion for Additional Discovery [Doc. 52]. Defendants have failed to respond to these Motions, and the time in which to do so has passed. Defendants are **DIRECTED** to file a response to these Motions within **seven (7) days** of the date of this Order's entry.

**SO ORDERED,** this 21st day of November, 2024.

                                                S/ C. Ashley Royal_____
                                                C. ASHLEY ROYAL, SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT