IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ANTHONY J. OLIVER, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No. 5:24-cv-182-CAR |
| | : | |
| Commissioner TYRONE OLIVER, | : | |
| Field Director STAN SHEPARD, and | : | |
| Deputy Field Director BENJAMIN | : | |
| FORD, | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## <u>ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTIONS</u>

Currently before the Court are *pro se* Plaintiff Anthony Oliver's Amended Motion for Leave to Interview Incarcerated Witnesses and Prepare for Trial [Doc. 63], Motion to Continue Discovery [Doc. 52], and Motion seeking a 90-day discovery extension [Doc. 67]. The Court has concerns about whether defense counsel has complied with this Court's Order to provide copies of discovery to Plaintiff.[1] Defendants are **DIRECTED** to file a response to these Motions within **seven (7) days** of the date of this Order's entry.[2]

---

[1] *See* Doc. 48 at 4; *see also* Doc. 45 at 2; Doc. 62.

[2] Plaintiff's Motion for Sanctions is also pending, but defendants do not have to respond to this Motion. Doc. 64.

1

**SO ORDERED,** this 5th day of February, 2026.

S/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT